UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Love's Country Stores of California**, a California Corporation; and Does 1-10, <br><br> Defendants. | **Case:** 2:18-CV-00919-JAM-KJN <br><br> **ORDER GRANTING STIPULATION TO EXTEND VDRP COMPLETION DEADLINE** |

Pursuant to the parties stipulation, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the deadline to complete VDRP in this matter is continued to September 2, 2019.

Dated: 7/16/2019           /s/ John A. Mendez
                           John A. Mendez
                           United States District Court Judge